CHARLES W. HOLLOWAY, Respondent, v. WALTER A. GUILE, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

FELIX BRAUN and Another, Appellants, v. THE STOCKINGER PHOTO-ENGRAVING AND PRINTING COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ELLEN I. MUSGRAVE, Appellant, v. CHRISTOPHER J. MUSGRAVE, Individually and as Administrator, etc., and Another, Respondents.— Order modified as stated in order, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

NEW YORK MOTION PICTURE CORPORATION, Respondent, v. ARTCRAFT PICTURES CORPORATION, Appellant, Impleaded with Others.— Order modified as stated in order, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Application of THEODORE I. SCHNEIDER, Appellant, for a Writ of Mandamus against UNIVERSITY OF THE STATE OF NEW YORK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

NANUET AMUSEMENT CORPORATION, Respondent, v. FIRST NATIONAL EXHIBITORS CIRCUIT, INC., OF THE NORTHWEST, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.; Smith, J., dissented.

WHEAT EXPORT COMPANY, INC., Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

MARGUERITE E. SPRAGUE, Appellant, v. SHIRLEY E. SPRAGUE, Respondent.— Order, so far as appealed from, reversed, with $10 costs and disbursements, and counsel fee of $100 granted. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

FRANCES VILAS CARPENTER, Respondent, v. MABELLE SHAPLEIGH, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JOSEPH S. ACKER v. SAMUEL V. BLACKSTONE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.